UNITED STATES DISTRICT COURT
DISTRICT MINNESOTA
THIRD DIVISION

---

Shelley L. Garvais, Court File No. 00-1491 RHK/SRN

Plaintiff,

v.

**Stipulation and Order Modifying Scheduling Order**

Alan Ritchey, Inc.,

Defendant.

---

The parties named-above, through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Court's Scheduling Order dated July 24, 2000, provides that discovery shall be completed by April 1, 2001;

WHEREAS, that same Order provides that Defendant shall disclose the identity and testimony of its experts by March 1, 2001, and that Plaintiff shall disclose the identity and testimony of any rebuttal experts by April 1, 2001;

WHEREAS, the parties have been diligently working on discovery, depositions, independent medical exams, and disclosure of resulting expert opinions;

WHEREAS, there remain a number of fact-witness depositions to be conducted before discovery is completed;

WHEREAS, disclosure of Defendant's expert opinions is taking longer than anticipated;

WHEREAS, the parties believe that, based upon the above circumstances, good cause exists



FILED APR 0 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

to extend the previously-ordered discovery and expert-disclosure deadlines by one month to facilitate the orderly completion of these aspects of the litigation;

WHEREAS, the parties further believe that this brief extension will not affect the other existing deadlines.

NOW, THEREFORE, it is hereby stipulated and agreed that the Court's Scheduling Order dated July 24, 2000, shall be modified as follows:

1. The deadline for the completion of discovery is May 1, 2001;
2. The deadline for disclosure of the identity and testimony of Defendant's experts is May 1, 2001; the deadline for disclosure of the identity and testimony of Plaintiff's rebuttal experts is June 1, 2001;
3. All other deadlines shall remain the same as previously ordered.

Dated: 3-28-01

DORSEY & WHITNEY, LLP

George G. Eck (#25501)
Pillsbury Center South
220 South Sixth St.
Suite 1300
Minneapolis, MN 55402
(612) 340-2772

NORD & DWIRE
Todd M. Dwire (#276455)
P.O. Box 427
Lakeville, MN 55944
(612) 469-4948

*Attorneys for Plaintiff*

Dated: 3/28/01

ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.

Sally J. Ferguson (#131829)
Paul A. Banker (#256596)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
(612) 339-3500

*Attorneys for Defendant Alan Ritchey, Inc.*

**ORDER**

The foregoing stipulation being agreed to by the parties,

IT IS HEREBY ORDERED that the Court's Scheduling Order dated July 24, 2000, is modified as indicated in the foregoing stipulation.

Dated: April 3, 2001

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

No further extensions shall be granted.