UNITED STATES DISTRICT COURT
DISTRICT MINNESOTA
THIRD DIVISION

Shelley L. Garvais,

Plaintiff,

v.

Alan Ritchey, Inc.,

Defendant.

Court File No. 00-1491 RHK/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE, ORDER FOR JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record, that the above-entitled action, having been fully, finally and completely compromised and settled between the parties, may be and hereby is dismissed with prejudice, on the merits and without costs and disbursements to any party, and that any party may apply to the Court pursuant to this Stipulation for an Order directing that Judgment of Dismissal with Prejudice be entered accordingly.

Dated: 6-12-01

DORSEY & WHITNEY, LLP

George G. Eck (#25501)
1300 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
(612) 340-2772

FILED JUN 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 21 2001
DEPUTY CLERK

NORD & DWIRE

Dated: 6/8/01

Todd M. Dwire (#276455)
P.O. Box 427
Lakeville, MN 55044
(952) 469-4948

*Attorneys for Plaintiff*

ARTHUR, CHAPMAN, KETTERING,
SMETAK & PIKALA, P.A.

Dated: 6-13-01

Sally J. Ferguson (#131829)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
(612) 339-3500

*Attorneys for Defendant*

ORDER FOR JUDGMENT

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Court Administrator is hereby ordered and directed to enter forthwith Judgment dismissing the above-entitled action, with prejudice as to Plaintiff and Defendant, on the merits and without costs to any party.

DATED: 6/21/01

BY THE COURT:

Judge of United States District Court
District of Minnesota
Third Division